# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CESAR MOISES HERNANDEZ,<br><br>　　　　Petitioner,<br>　　v.<br><br>CHRISTIAN PFEIFFER (Warden, Kern Valley State Prison),<br><br>　　　　Respondent | **No. LA CV 22-05124-VBF-SHK**<br><br>**ORDER**<br><br>Demying the Habeas Corpus Petition Dismissing the Acton, and Terminating the Action |

The Report and Recommendation is **ADOPTED.**

The petition for a writ of habeas corpus is **DENIED**.

Final judgment consistent with this Order will be entered by separate document.

**The case is TERMINATED.**

IT IS SO ORDERED.

Dated: September 25, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge