JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CESAR MOISES HERNANDEZ,<br><br>　　　　Petitioner,<br>　　v.<br><br>CHRISTIAN PFEIFFER (Warden, Kern Valley State Prison),<br><br>　　　　Respondent | **No. LA CV 22-05124-VBF-SHK**<br><br>**JUDGMENT** |

　　Final judgment is hereby entered in favor of the respondent warden and against the petitioner.  IT IS SO ADJUDGED.

Dated: September 25, 2024

_____
　Honorable Valerie Baker Fairbank
　Senior United States District Judge